

**FILED**
2/5/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SMM

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Todd McSwine

_____

Plaintiff(s),

v.

Moran Transportation

_____

Defendant(s).

1:19-cv-04615
Judge Robert W. Gettleman
Magistrate Judge Sidney I. Schenkier

**RECEIVED**

JUL 09 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is _Todd McSwine_ of the county of _Cook_ in the state of _Illinois_.

3. The defendant is _Moran Transportation_, whose street address is _2401 Arthur Ave_,
(city) _Elkgrove_ (county) _Cook_ (state) _Illinois_ (ZIP) _60007_
(Defendant's telephone number) _(847)_ – _593-2409_

4. The plaintiff sought employment or was employed by the defendant at (street address)
_2401 Arthur Ave_ (city) _Elkgrove_
(county) _Cook_ (state) _Illinois_ (ZIP code) _60007_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5.    The plaintiff [*check one box*]

   (a)  ☐   was denied employment by the defendant.

   (b)  ☑   was hired and is still employed by the defendant.

   (c)  ☐   was employed but is no longer employed by the defendant.

6.    The defendant discriminated against the plaintiff on or about, or beginning on or about,
      (month) *11 - Nov* , (day) *01* , (year) *2018* .

7.1   *(Choose paragraph 7.1 or 7.2, do not complete both.)*

   (a)  The defendant is not a federal governmental agency, and the plaintiff
    ☑   [*check one box*] ☑ *has* ☐ *has not* filed a charge or charges against the defendant

       asserting the acts of discrimination indicated in this complaint with any of the

       following government agencies:

       (i)  ☑ the United States Equal Employment Opportunity Commission, on or about

            (month) *April* (day) *4th* (year) *2019* .

       (ii) ☐ the Illinois Department of Human Rights, on or about

            (month)_____ (day)_____ (year)_____.

   (b)  If charges *were* filed with an agency indicated above, a copy of the charge is

       attached. ☑ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois

   Department of Human Rights to cross-file with the other agency all charges received. The

   plaintiff has no reason to believe that this policy was not followed in this case.

7.2   The defendant is a federal governmental agency, and

   (a)  the plaintiff previously filed a Complaint of Employment Discrimination with the

defendant asserting the acts of discrimination indicated in this court complaint.

    ☐ Yes (month)_____ (day)_____ (year)_____

    ☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

    (day)_____ (year)_____.

(c)    Attached is a copy of the

    (i) Complaint of Employment Discrimination,

        ☑ Yes   ☐ No, but a copy will be filed within 14 days.

    (ii) Final Agency Decision

        ☐ Yes   ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

    (a) ☑    the United States Equal Employment Opportunity Commission has not

    issued a *Notice of Right to Sue.*

    (b) ☑ the United States Equal Employment Opportunity Commission has issued

    a *Notice of Right to Sue*, which was received by the plaintiff on

    (month) *April* (day) *4th* (year) *2019* a copy of which

    *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

    *those that apply*]:

    (a) ☐  Age (Age Discrimination Employment Act).

    (b) ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

3

(c) ☑ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
    (a) ☐ failed to hire the plaintiff.

    (b) ☐ terminated the plaintiff's employment.

    (c) ☐ failed to promote the plaintiff.

    (d) ☐ failed to reasonably accommodate the plaintiff's religion.

    (e) ☑ failed to reasonably accommodate the plaintiff's disabilities.

    (f) ☐ failed to stop harassment;

    (g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

    (h) ☑ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

4

June 27, 2019

To Whom it may Concern,

On January 8, 2018 I was employed at Moran Transportation, before starting I informed Moran Transportation that I had recently been in a auto accident which happened October 15, 2018. I informed them that I had started seeing a Chiropractor for injuries due to the accident. I started therapy October 18, 2018. Upon being treated I informed the doctor my Pains an issues. The doctor, Daniel Cammarano examined me: wrote me a letter for light duty work and no heavy lifting due to back and shoulder injury, from the car accident. He refered me to a Pain spealist, Dr. Fink for futher evaluations. All restriction and Appointments were submitted to Moran Transportation. supervisor Robert Petzole. Even though I submitted several work restriction forms, Moran Transportation keep me on the same schedule and same work duties. Upon talking to a safety inspector, explaining my situation because I wasn't getting better I was getting worse due to lack of compliance from the work place, and supervisiors. Jim Brush who sent me home and informed me that it was a violation and I should not even be working. So on March 26, 2019 I was sent home because they Could be held liable, Moran Transportation for not complaining and keeping me on the same work duties which caused futher injuries and aggravated it more by over exerting injured areas.

7-9-19

_____

_____

_____

_____

13.    The facts supporting the plaintiff's claim of discrimination are as follows:

_____

_____

_____

_____

_____

14.    *[AGE DISCRIMINATION ONLY]* Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.    The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.    THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)    ☐ Direct the defendant to hire the plaintiff.

(b)    ☐ Direct the defendant to re-employ the plaintiff.

(c)    ☐ Direct the defendant to promote the plaintiff.

(d)    ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)    ☒ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)    ☒ Direct the defendant to (specify): _____

_____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

_____

_____

_____

(g)  ☑ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)  ☑ Grant such other relief as the Court may find appropriate.

_____
(Plaintiff's signature)

_Todd M. Sawine_
(Plaintiff's name)

_4416 S. 18th Ave_
(Plaintiff's street address)

(City)_Maywood_____(State)_ILL___(ZIP)_60153_

(Plaintiff's telephone number) (708) - _454- 0940_

Date: _7-9-19_

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

## Rapid Memo

| FROM. TODD MC SWINE | |
|---|---|
| 1416 SO. 18th AVENUE<br>MAYWOOD, IL. 60153 | PHONE: 1=708=343-5748 |

| To | Date |
|---|---|
| M<br>UNITED STATES DISTRICT COURT<br><br>NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION | 6-18-2019 |
| | **Subject** COMPLAINT OF EMPLOYMENT<br>DISCRIMINATION |

○ Confidential   ○ High Priority   ○ Proprietary   ○ Shred

IN COMPLETING MY REPORT TO YOU, IAM ADDING THIS MEMOFOR LINE #13 % THE FACTS
CONCERNING THIS ISSUE, ON MARCH 26, 2019, JIM BUSH SEEING WORKER ROB PAGODMANAGER.
THAT TODD HAD AN AUTO ACCIDENT OM 10-15- 2018 CAUSING HIM NOT TO BE ABLE TO PERFORM HIS
DUTIES. HIS DOCTOR EXAMINED TODD AND FOUND PINCHED NERVES AND BULGING DISCS.
DR. DANIEL CAMMARANOD.C. REQUESTED THERAPY FOR TODD AT BRIGHT STAR THERAPY CENTER.
STARTED THERAPY 11-28-2018 also had an MRI SHOWING SEVERE BULGING OF THE DISC CERVICAL
DAMAGE. TODD TAKES MEDICATION FOR THIS AND COUUD NOT WORK AS THIS IMPAIRED HIM
FROM HIS DUTIES. TODD REQUESTED LIGHT DUTY, BUT WAS NOT APPROVED BY CO. HE IS IN THE
PROCESS OF TAKING STEROIDS, 3 SERIES OF INJECTIONS 4-12-2019. THEN WENT TO DR. SEAN SALENT
SHOWING DISC TO BE REMOVED. SET UP SURGERY FOR LATE JULY 2019. HIS INSURANCE MUTUAL OF
OMAHA CLAIM NO COVERAGE UNTIL LATER DATE. TODD REINJURED NOV 2018 AND DEC. 2018
TO PRESENT TIME AND IS NOT ABLE TO PERFORM HIS HEAVY DUTY WORK. E.O.C. TOLD TODD
HE COULD SUE COMPANY FOR DISCRIMATION, COPIES OF DOCTORS NAMES AND ADDRESSES ARE
ATTACHED ALSO COPIES OF DATA ATTACHED. MORAN TRANSPORTATION IS THE COMPANY NAME.

TODD MC SWINE

LAW OFFICES OF | SACHS, EARNEST & ASSOCIATES, LTD.

1 NORTH LASALLE STREET
SUITE 1525
CHICAGO, ILLINOIS 60602
TELEPHONE: (312) 332-1787
FAX: (312) 332-6290
SACHSEARNEST@SACHSEARNEST.COM

April 29, 2019

Todd McSwine
1416 S. 18th Ave.
Maywood, IL 60153

Re: Discrimination

Dear Mr. McSwine:

This will confirm that, although you have contacted this office regarding the possibility of our representing you in the above-captioned matter, we have never been retained to represent you in this matter. Because of this, we have given you no opinion as to the merits of any possible claim.

If you wish to proceed with a claim, we strongly urge you to immediately consult with an attorney to insure that any actions you take are not barred by the applicable statute of limitations.

Very truly yours,

David W. Earnest
SACHS, EARNEST & ASSOCIATES, LTD.

DWE/rp



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2000
Chicago, IL 60661
PH: (312) 869-8000
TTY: (312) 869-8001
ENFORCEMENT FAX: (312) 869-8220
STATE & LOCAL FAX: (312) 869-8077
LEGAL FAX: (312) 869-8124

FILE REVIEWS FAX: (312) 869-8220
MEDIATION: (312) 869-8060
HEARINGS FAX: (312) 869-8125

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests must be made in writing to **Sylvia Bustos** and either mailed to the address above, faxed to **(312) 869-8220** or sent via email to sylvia.bustos@eeoc.gov (please chose only one method, no duplicate requests). *Be sure to include your name, address, phone number and EEOC charge number with your request.*

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

\*     Before filing a lawsuit, but within 90 days of your receipt of the Right to Sue, or

\*     After your lawsuit has been filed. If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the entire court complaint (with court stamped docket number) or enough pages to determine whether it was filed based on the EEOC charge.

If you are the *Respondent* you may be granted access to the file *only after* a lawsuit has been filed. Include with your request a copy of the entire court complaint that includes an official court stamped docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

You must sign an Agreement of Nondisclosure **before** you are granted access to the file, which will be sent to you after receipt of your written request. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

The process for access to the file will begin no later than ten (10) days following receipt of your request.

When the file becomes available for review, you will be contacted. You may review the file in our offices and/or request that a copy of the file be sent to you. Files may not be removed from the office.

Your file will be copied by **Aloha Print Group, 60 East Van Buren, Suite 1502, Chicago, IL 60605,** (312) 542-1300. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to the copy service. Therefore, **it is recommended that you first review your file** to determine what documents, if any, you want copied. EEOC will not review your file or provide a count of the pages contained in it. If you choose not to review your file, it will be sent **in its entirety** to the copy service, **and you will be responsible for the cost.** Payment must be made directly to **Aloha Print Group,** which charges 15 cents per page.

(Revised 04/20/2016, previous copies obsolete)

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

## PRIVATE SUIT RIGHTS

The issuance of this *Notice of Right to Sue* or *Dismissal and Notice of Rights* ends the EEOC process with respect to your Charge. You may file a lawsuit against the Respondent within 90 days from the date you receive this Notice. Therefore, you should keep a record of the date. Once the 90 day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf; your suit should be filed well in advance of the expiration of the 90 day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short Statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the Respondent has its main office.

You may contact the EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment of the American with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agency directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the American with Disabilities Act or the Equal Pay Act against a political subdivision of a State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of the U.S. District Courts, please see the reverse side.

## ATTORNEY REPRESENTATION

If you cannot afford an attorney, or have been unable to obtain an attorney to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well in advance of the 90 day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within the 90-day period.

## DESTRUCTION OF FILE

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your Charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 440-2019-04164 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Todd McSwine | (708) 654-0940 | 1963 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1416 South 18th Avenue, Maywood, IL 60153 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| MORAN TRANSPORTATION | 15 - 100 | (847) 439-0000 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2401 Arthur Avenue, Elk Grove Village, IL 60007 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                    Latest
                        03-26-2019

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by Respondent on or about January 28, 2018. My job title is Delivery Driver. Respondent is aware of my disability. During my employment, I requested reasonable accommodations, which were not provided.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED EEOC

APR 2 2 2019

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Apr 22, 2019 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | |

EEOC Form 161 (11/16)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Todd McSwine
1416 South 18th Avenue
Maywood, IL 60153

From: Chicago District Office
500 West Madison St
Suite 2000
Chicago, IL 60661

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|
| EEOC Charge No. | EEOC Representative | Telephone No. |
| 440-2019-04164 | Eric Lamb, Investigator | (312) 869-8092 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On Behalf of the Commission

Julianne Bowman,
District Director

4/23/19
(Date Mailed)

Enclosures(s)

cc: Chief Executive Officer
MORAN TRANSPORTATION
2401 Arthur Avenue
Elk Grove Village, IL 60007

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 440-2019-04164 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Todd McSwine | (708) 654-0940 | 1963 |

Street Address · City, State and ZIP Code

1416 South 18th Avenue, Maywood, IL 60153

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| MORAN TRANSPORTATION | 15 - 100 | (847) 439-0000 |

Street Address City, State and ZIP Code

2401 Arthur Avenue, Elk Grove Village, IL 60007

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

Street Address City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN

☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest      Latest

03-26-2019

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired by Respondent on or about January 28, 2018. My job title is Delivery Driver. Respondent is aware of my disability. During my employment, I requested reasonable accommodations, which were not provided.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

**RECEIVED EEOC**

APR 2 2 2019

~~CHICAGO DISTRICT OFFICE~~

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Apr 22, 2019     *[signature]* <br> Date       Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



ILLINOIS DEPARTMENT OF
# Human Rights

JB Pritzker, Governor
James L. Bennett, Director

April 22, 2019

**Todd McSwine**
**1416 S. 18th Ave.**
**Maywood, IL 60153**

Re: Todd McSwine vs. Moran Transportation   #190422026

Dear Complainant:

You are receiving this letter because you filed a charge with the United States Equal Employment Opportunity Commission (EEOC). The EEOC and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC, a copy of the charge was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

Since you filed your discrimination charge initially with the EEOC, the EEOC is the governmental agency responsible for investigating the charge and the investigation will be conducted pursuant to the rules and procedures adopted by the EEOC. The Department will take no action on your charge until the EEOC issues its findings. **After the EEOC issues its findings,** if you want the Department to take any further action on your charge, you must send the Department a copy of the EEOC's findings within 30 days after service of the EEOC's findings on you. Please also send a one sentence written statement requesting that the Department investigate your charge and include the above Control Number. You may submit a copy of the EEOC's findings by either of the following methods:

**By Mail:**  Send your EEOC findings and written statement via U.S. Postal certified mail, return receipt requested, to:  Illinois Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

**In Person:**  Bring an original and one copy of your EEOC findings and written statement to the Department. The Department will stamp and return the copies to you for your records.

If you received the EEOC's findings prior to receipt of this letter, you have 30 days from the date of this letter to send the Department a copy of the EEOC's findings. Upon receipt of the EEOC's findings, the Department will mail you a notice as to what further action the Department may take on your charge.

The 365-day time period for the Department to investigate your EEOC charge is tolled while the EEOC is investigating your charge and does not begin to run until the EEOC issues its findings. Your failure to timely provide the EEOC's findings to the Department will result only in the Department closing your file. **This process does not affect the investigation of your charge at EEOC.** If you do not wish to proceed with the Department, you do not need to take any further action.

This letter **does not apply** to any settlement of this charge the parties have made with the EEOC.

**If you have any questions, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295.**
**Please do not contact the EEOC.**

ILLINOIS DEPARTMENT OF HUMAN RIGHTS                                        PRE1-EEOC 30
                                                                          Rev. 8/18

cc:   Moran Transportation
      2401 Arthur Ave.
      Elk Grove Village, IL 60007



**Pro Clinics**

5720 S. Pulaski Rd
Chicago, Illinois, 60629
Pain Management
P: 708 788 7246
F: 708 788 7247

Patient Name: Todd McSwine          Date: 2/18/2019

Diagnosis: C. Radiculopathy, C. Facet Syndrome

- _____ Employee/student can perform *regular duties/school activities*

- ____X____ Employee/student *cannot perform* any work/school activity (off work)

- _____ Employee/student can perform *work/school activities with limitations*

  noted below until further notifications by physician or physician's office

Lifting/Carrying Doesn't Exceed: _____

Pushing/Pulling Doesn't Exceed: _____

**No Excessive:**

**Additional Comments:** Pt is to be off work for 4 weeks due to series of Cervical Epidural steroid injection and possible surgical Evaluation

**Next Appointment:** 2 weeks

Ossama Abdellatif Hassan, M.D

*Please contact office if you have any additional questions and or concerns, Thank You.*

An introduction to

# ACDF

## Anterior Cervical Discectomy and Fusion

This booklet provides general information on ACDF. It is not meant to replace any personal conversations that you might wish to have with your physician or other member of your healthcare team. Not all the information here will apply to your individual treatment or its outcome.





### Sean A. Salehi, M.D., F.A.A.N.S.

Neurological Surgery & Spine Surgery
Diplomate, American Board of Neurological Surgery

Angie or Steph

708-343-3566   Fax 708-343-3585

www.illinoisneurospine.com

Locations: See Other Side



OAK PARK
INJURY SPECIALISTS
DANIEL CAMMARANO, D.C.

228 MADISON ST
SUITE 102
OAK PARK, IL 60302

PHONE: (708) 358-0721
FAX: (708) 358-0724
CELL: (773) 383-6309

**Oak Park Injury Specialists**    **228 Madison St. Ste 102**
                                    **Oak Park, IL 60302**

WORK RELEASE ORDERS:                **(708)358-0721**

Date: 10-18-18                      Date of Injury 10-15-18

Patient: Todd Mc Smine

Employer: Marwan Transportation

Complaints/Diagnosis: Post Gunster Injury

Treatment: (Physical Therapy)   daily   1x   2x  (3x)  4x   weekly

**Work Status:**

_____ Return to regular work on ____

✓ Unable to return to work until  10-28-18

_____ Return to modified work on _____
(Patient is unable to return to work if modified work is not available)

**Modified Work As Indicated Below:**

| | |
|---|---|
| _____ No prolonged standing or walking | _____ Right/left handed work only/mainly |
| _____ Sitting only/mainly | _____ Restricted use of right/left arm |
| ✓ Alternate sitting/standing | _____ No lifting over _____ lbs. |
| _____ No/occasional climbing | _____ Limit repetitive uses |
| _____ No/occasional bending | _____ No overhead lifting |
| _____ No/occasional stooping | _____ Keep wound clean, dry, and protected |
| _____ No/occasional twisting | _____ Limit mov't of injured area |
| ✓ No/occasional kneeling | _____ splint required while working |
| ✓ Weight lifting restriction: 0-10  11-20  21-40 lbs  other_____ | |

other: _____

**Remarks/Comments:**

Was in our office for therapy  10/17/18,  10/18/18

_____

Physicians signature _____  Date: 10/18/18

## Section 3 – Attending Physician's Statement (Answer all questions to avoid delay)

**Employer Name** Todd Mc Sure

**Group ID Number**

**Name of Patient (Last, First, MI) – Please Print**

**Date of Birth** 9-8-43

**Employee's Phone Number** 1-847-439-0000

**Employee Address** 2401 Arthur Ave

**Employee City** Elk grove

**Employee State** ILL.

**Employee ZIP** 60007

**Diagnoses** Cerv. disc profusion

**ICD-9 Code(s)**

**Symptoms** Neck pain c radio.

**Date symptom first appeared** 10/15/17.

**Initial date of treatment:** 1/17/18

**Last date of treatment:** 1/11/19

**Next date of treatment / office visit:**

**Is disability due to:** ☑Accident/Injury  ☐ Sickness

**Is the disability work related?** ☐ Yes  ☑No

If applicable, list the surgical procedure(s) – Describe fully and provide dates if any.

None here

### If disability is due to Pregnancy, please provide the information below:

**Date of Last Monthly Period**

**Expected Date of Delivery**

**Expected Type of Delivery** ☐ Vaginal  ☐ Cesarean Section

**Actual Date of Delivery**

**Actual Type of Delivery** ☐ Vaginal  ☐ Cesarean Section

### If any of the following questions are answered "Yes," then please provide the information to the right of that question.

**Was the patient treated in an Emergency Room?** ☑Yes  ☐ No

**Date treated** 10/15/18

**Name of Hospital** St. Bernad

**Name of Physician**

**Did another physician treat or will be treating the patient?** ☑Yes  ☐ No

**Date treated** 3/19/19

**Physician's Name and Address** D. Herrsen.

**Was the patient hospital confined?** ☐ Yes  ☑No

**Date Confined In Hospital:** From_____ To_____

**Name of Hospital**

**Did patient have outpatient surgery in a hospital or ambulatory surgical center?** ☐ Yes  ☑No

**Date of Surgery**

**Name of Facility**

### Functional Limitations - Abilities

Indicate frequency per day the listed activity can be performed.

(n = never, o = occasional, f = frequent, c = constant)

Indicate longest single time duration each activity can be performed.

| Lifting | Carrying | | |
|---|---|---|---|
| O 1-5 lbs. | O 1-5 lbs. | O Sitting | n-o Kneeling |
| 6-10 lbs. | 6-10 lbs. | Total time on feet | |
| 11-25 lbs. | 11-25 lbs. | O Standing | Inside |
| 26-50 lbs. | 26-50 lbs. | O Walking | |
| 51-100 lbs. | 51-100 lbs. | n-o Bending | Outside |
| Over 100 lbs. | Over 100 lbs. | n-o Squatting | Working with Others |
| | | n-o Stooping | Other (explain)_____ |

c R: Finger Dexterity
c L: Finger Dexterity
___ R: Below Shoulder
___ L: Below Shoulder  } Reaching
___ R: Above Shoulders
___ L: Above Shoulders

Please notify us if the Employee returns to work after the submission of this form.

MUG6110A_0114





**BRIGHT LIGHT**
MEDICAL IMAGING

MRI•CT
MAMMOGRAPHY
US•X-RAY•DEXA

CALL TO SCHEDULE! 847-616-2000   BEDFORD PARK • DARIEN • ELK GROVE VILLAGE • MELROSE PARK   FAX: 847-616-9000

**Patient: Todd McSwine**
Referred By: Dr. Daniel Cammarano
Patient#: 189981                    Age: 55

DOB: 09/08/1963
PT Phone: 708/654-0940
Gender: M

**MRCERV MRI CERVICAL SPINE WO CONTRAST**
**EXAM DATE: 10/29/2018**

HISTORY:
Neck pain status post automobile accident. Bilateral upper extremity pain.

COMPARISON STUDIES:
None available.

TECHNIQUE:
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

FINDINGS:
Cervical vertebrae are normal in height and sagittal alignment. Straightening of the normal cervical lordosis.
No suspicious marrow signal abnormality. Reduction of disc height and signal with degenerative endplate
change and marginal osteophytes at multiple cervical levels. No definite cord signal abnormality in the
cervical region. The visualized pre and paravertebral soft tissues are unremarkable. Partially visualized
paranasal sinus mucosal thickening.

No spinal canal stenosis at the craniocervical junction.

At C2-C3, mild facet arthropathy. No spinal canal or foraminal stenosis.

At C3-C4, facet and uncovertebral arthropathy. No significant spinal canal stenosis. Mild-to-moderate right
and moderate left foraminal stenosis.

At C4-C5, right paracentral disc protrusion measuring 15 millimeter at its base and 5 millimeter in AP
dimension. This is superimposed on a symmetric disc osteophyte complex. Facet and uncovertebral
arthropathy. Moderate spinal canal stenosis with slight flattening of the cord. Moderate to severe left and
moderate right foraminal stenosis.

---

**Bright Light Medical Imaging**

The technology you need.  The care you deserve.

**brightlightimaging.com**

Accredited by The American College of Radiology



**Patient: Todd McSwine**
Referred By: Dr. Daniel Cammarano
Patient#: 189981                    Age: 55

DOB: 09/08/1963
PT Phone: 708/654-0940
Gender: M

**MRCERV  MRI CERVICAL SPINE WO CONTRAST**
**EXAM DATE: 10/29/2018**

HISTORY:
Neck pain status post automobile accident. Bilateral upper extremity pain.

COMPARISON STUDIES:
None available.

TECHNIQUE:
Multiplanar sequences with T1, intermediate, T2, and/or T2*-weighted image contrast.

FINDINGS:
Cervical vertebrae are normal in height and sagittal alignment. Straightening of the normal cervical lordosis. No suspicious marrow signal abnormality. Reduction of disc height and signal with degenerative endplate change and marginal osteophytes at multiple cervical levels. No definite cord signal abnormality in the cervical region. The visualized pre and paravertebral soft tissues are unremarkable. Partially visualized paranasal sinus mucosal thickening.

No spinal canal stenosis at the craniocervical junction.

At C2-C3, mild facet arthropathy. No spinal canal or foraminal stenosis.

At C3-C4, facet and uncovertebral arthropathy. No significant spinal canal stenosis. Mild-to-moderate right and moderate left foraminal stenosis.

At C4-C5, right paracentral disc protrusion measuring 15 millimeter at its base and 5 millimeter in AP dimension. This is superimposed on a symmetric disc osteophyte complex. Facet and uncovertebral arthropathy. Moderate spinal canal stenosis with slight flattening of the cord. Moderate to severe left and moderate right foraminal stenosis.

**Bright Light Medical Imaging**

The technology you need.  The care you deserve.

**brightlightimaging.com**

Accredited by The American College of Radiology



**BRIGHT LIGHT** ⦾ MEDICAL IMAGING

MRI•CT
MAMMOGRAPHY
US•X-RAY•DEXA

CALL TO SCHEDULE: 847-616-2000     BEDFORD PARK • DARIEN • ELK GROVE VILLAGE • MELROSE PARK     FAX: 847-616-9000

**Patient: Todd McSwine**
Referred By: Dr. Daniel Cammarano
Patient#: 189981                                  Age: 55

DOB: 09/08/1963
PT Phone: 708/654-0940
Gender: M

**XCPALA  XRAY CHEST 2 VIEWS**
**EXAM DATE: 11/28/2018**

HISTORY:
Chest pain

COMPARISON:S:
None

FINDINGS:
Cardiac silhouette is normal in size. Mediastinal contour is unremarkable. The lungs are clear without consolidation or effusion. Small approximately 10% right apical pneumothorax is seen. Osseous structures are unremarkable.

IMPRESSION:
Small approximately 10% right apical pneumothorax.

Electronically signed by: Ramit Mendi (Nov 28, 2018 15:44:45)

Addendum by Ramit Mendi (ID: 1275724809) on Thu, 29 November 2018 09:35:03 CT CST.

Findings discussed with Dr. Cammarano 11/29/2018. Recommend further evaluation with CT to confirm and evaluate extent of pneumothorax.

Electronically signed by: Ramit Mendi (Nov 29, 2018 09:35:03)

*Dr. Daniel Cammarano, thank you for referring your patient to Bright Light Medical Imaging. If you would like to discuss this case further or have any questions, please contact our referring physicians' line, (847) 915-1806.*
Patient: Todd McSwine     DOB: 09/08/1963

---

**Bright Light Medical Imaging**

The technology you need.  The care you deserve.

**brightlightimaging.com**

Accredited by The American College of Radiology

At C5-C6, small symmetric disc osteophyte complex with small superimposed left paracentral disc protrusion measuring about 2 millimeter in AP dimension. Facet and uncovertebral arthropathy. Mild spinal canal stenosis. Moderate left and mild right foraminal stenosis.

At C6-C7, slight disc bulge. Facet and uncovertebral arthropathy. Minimal spinal canal stenosis. Severe left and moderate to severe right foraminal stenosis.

At C7-T1, facet and uncovertebral arthropathy. No significant spinal canal or foraminal stenosis.

IMPRESSION:
Multilevel cervical spondylosis. The salient finding is a right paracentral disc protrusion at C4-C5 resulting in moderate spinal canal stenosis with slight flattening of the cord. No definite cord signal abnormality in the cervical region. Foraminal stenosis at multiple cervical levels.


Electronically signed by: Ernest John Laney (Oct 30, 2018 07:07:06 CT)


*Dr. Daniel Cammarano, thank you for referring your patient to Bright Light Medical Imaging. If you would like to discuss this case further or have any questions, please contact our referring physicians' line, (847) 915-1806.*
Patient: Todd McSwine    DOB: 09/08/1963

Electronically Signed - ERNEST LANEY, MD  10/30/18 7:08



**Pro Clinics**

5720 S. Pulaski Rd
Chicago, Illinois, 60629
Pain Management
P: 708 788 7246
F: 708 788 7247

<u>Patient Name:</u> Todd McSwine          <u>Date:</u> 2/18/2019

<u>Diagnosis:</u> C. Radiculopathy, C. Facet Syndrome

- _____ Employee/student can perform *regular duties/school activities*

- ___ ✗ ___ Employee/student *cannot perform* any work/school activity (off work)

- _____ Employee/student can perform *work/school activities with limitations*

  noted below until further notifications by physician or physician's office

Lifting/Carrying Doesn't Exceed: _____

Pushing/Pulling Doesn't Exceed: _____

<u>No Excessive:</u>

<u>Additional Comments:</u> Pt is to be off work for 4 weeks
due to series of Cervical Epidural steroid injection
and possible surgical Evaluation

<u>Next Appointment:</u> 2 weeks

Ossama Abdellatif Hassan, M.D

*Please contact office if you have any additional questions and or concerns, Thank You.*



**Patient Name:** Todd McSwine     **Date:** 3/25/2019

**Diagnosis:** C. Radiculopathy, C. Facet Syndrome

- _____ Employee/student can perform *regular duties/school activities*

- ____X____ Employee/student *cannot perform* any work/school activity (off work)

- _____ Employee/student can perform *work/school activities with limitations*

noted below until further notifications by physician or physician's office

Lifting/Carrying Doesn't Exceed: _____

Pushing/Pulling Doesn't Exceed: _____

**No Excessive:**

**Additional Comments:** Pt is to be off work for 4 weeks, patient awaits surgical intervention for cervical spine (cervical fusion).

**Next Appointment:** in 2 weeks

Ossama Abdellatif Hassan, M.D

*Please contact office if you have any additional questions and or concerns, Thank You.*

**MCSWINE , TODD**
M / 55 DOB: 09/08/63
ALKHUDARI, 04/27/19
ACCT# 4203

Allergy: _____    Type of Reaction: _____

NKDA

Information reviewed by: _____

Information source:  ☐ Patient/Family  ☐ Bottle/List  ☐ MD office records  ☐ DME  ☐ Barrier  ☐ Unable to provide information regarding medications   ☐ DOH Records   ☐ Pharmacy

| Medication Name (include ASO or Vitamins) | Dose mg/mcg/ml | Route (by mouth, injection, inhaled, etc.) | How Often (daily, twice daily, etc.) | Changes/Comments (Continue, DC, Discontinue, Date) |
|---|---|---|---|---|
| *Patient take med as home* | | | | |
| Hydrocodone | 10/325 | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Topiramate | 75 | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Butalbital /Acetaminoph | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Naproxen | 500 | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |

**To be Completed at Discharge**

| New Medication | Dose | Route | Frequency | Comments | Rx Given |
|---|---|---|---|---|---|
| Norco | 10/325 | 1 tab PO | 2x/day | as needed pain | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

Signature of RN reviewing Meds on Discharge: _____  Date: 4/27/19  Time: _____

☐ Copy Given to the Patient/Care Giver          ☐ Copy Given to the Physician

Signature of Patient/Care Giver: _____   Date: 4/27/19  Time: 07:50

**Medication Reconciliation Form**

**MCSWINE , TODD**
M / 55 DOB: 09/08/63
ALKHUDARI, 04/27/19
ACCT# 4203

CBJ1

MCSWINE, TODD
M / 55 DOB: 09/08/63
ABDELLATIF, 03/14/19
ACCT# 4203

Allergy: NKA        Type of Reaction: _____

Initial information Obtained by: _____        Information Reviewed by: _____

Intonation Source: ☐ Patient/Family  ☐ Bottles/List  ☐ Old Records  ☐ Pharmacy
                   ☐ MD Office Records  ☐ Barrier: Unable to provide information regarding medications

| Medication Name (include Herbal/OTC/Vitamins) | Dose (mg/mcg/ml) | Route (by mouth, injection, inhaled, etc.) | How Often (daily, twice daily, etc.) | Changes/Comments (C-Continue; DC-Discontinue: Date) |
|---|---|---|---|---|
| ☐ Patient takes no medication | | | | |
| Omeprazole | 20mg/cap | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Butalbital/Acet/Caff tab | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Topiramate | 25 mg | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| Naproxen | 500 mg | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |
| | | ☐ by mouth ☐ by ___ | ☐ daily ☐ twice daily ☐ three times daily | ☐ C ☐ DC |

To be Completed at Discharge

| New Medication | Dose | Route | Frequency | Comments | Rx Given |
|---|---|---|---|---|---|
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |

Signature of RN reviewing Meds on Discharge: _____        Date 3/14/19  Time 17:15

☐ Copy Given to the Patient/ Care Giver        ☐ Copy Given to the Physician

Signature of Patient / Care Giver: _____        Date 3/14/19  Time 1550

Medication Reconciliation Form

MCSWINE, TODD
M / 55 DOB: 09/08/63
ABDELLATIF, 03/14/19
ACCT# 4203



**NEUROLOGICAL SURGERY & SPINE SURGERY, S.C.**
*1 WESTBROOK CORPORATE CENTER, SUITE 800*
*WESTCHESTER, ILLINOIS 60154-5714*
*PHONE (708) 343-3566       FAX (708) 343-3585*

*www.illinoisneurospine.com*

*ANDREW S. ZELBY, M.D.. F.A.A.N.S.*
*Assistant Professor of Neurosurgery*
*Rush University Medical Center*
*Board Certified Neurosurgeon*

*FRANCISCO J. ESPINOSA. M.D.. Ph.D..*
*F.R.C.S.(C), F.A.C.S.*
*Board Certified Neurosurgeon*

*SEAN A. SALEHI, M.D.. F.A.A.N.S.*
*Former Assistant Professor of Neurosurgery*
*Northwestern University*
*Board Certified Neurosurgeon*

*TIBOR BOCO, M.D.. F.A.A.N.S.*
*Assistant Professor of Neurosurgery*
*Rush University Medical Center*
*Board Certified Neurosurgeon*

*JOHN K. SONG. M.D.. F.A.A.N.S.*
*Board Certified Neurosurgeon*

*KIMBERLY J. MERCURIO. M.D.*
*Physical Medicine and Rehabilitation*
*Board Certified Physiatrist*

06/03/2019

Ossama F Abdellatif, MD
6625 W Cermak Rd
Berwyn, IL    60402

Re:     Todd McSwine
DOB:   09/08/1963

Dear Dr. Abdellatif:

**History of Present Illness:**
I saw Todd McSwine in the office today for an initial consultation. He is a 55 year old man who was involved in an MVA on 10/15/18. He describes that he was sitting in the back seat of a vehicle which was hit on the passenger side where he was sitting. He felt pain immediately throughout the spine and went to the emergency room where he was treated and released. Since that time he has had ongoing pain in the neck with radiation to the left shoulder and tingling going down the left arm into the 2nd through 4th digits. He states if he holds anything for a period of time such as a coffee cup his hand will begin to shake. He denies any lower extremity weakness, weakness, falls, bowel or bladder incontinence, but does note urinary urgency. He has undergone physical therapy and also had three injections all without any significant long lasting relief. He rates his pain as a 9/10 for which he is taking 1 1/2 tabs of Norco a day.

Prior to this MVA he denies any history of neck pain or arm paresthesias.

**Past Medical History:**
    Reviewed and updated today:
    The patient reports no prior or ongoing medical problems.
    The patient reports no prior surgeries.
    Allergies: NKDA
    Current Meds:
    HYDROCODONE-ACETAMINOPHEN 10-325 MG ORAL TABLET (HYDROCODONE-
ACETAMINOPHEN) ; Route: ORAL

**Social History:**
Occupation: The patient is employed by Moran Transportation as a delivery driver (heavy duty)
Smoking History: 1 pack every 3 days
Alcohol: Social
Lives with parents

**Risk Factors:**
Smoked Tobacco Use: Current every day smoker
Counseled to Quit/Cut Down: yes

Alcohol Use: yes
Drinks per day: social

**Review of Systems**

**General**
Denies bladder incontinence and bowel incontinence.

**MS**
Complains of muscle weakness.

**Neuro**
Complains of paresthesias.
Denies frequent falls and difficulty walking.

**Vital Signs:**

Patient Profile: 55 Years Old Male
Height:            76 inches
Weight:           175 pounds
BMI:               21.30

Problems: Active problems were reviewed with the patient during this visit.
Medications: Medications were reviewed with the patient during this visit.
Allergies: Allergies were reviewed with the patient during this visit.
No Known Allergy.
No Known Drug Allergy.

**Detailed Neurologic Exam**

<u>**General Neurologic Exam:**</u>

**Speech:**
Speech is fluent.
**Cognition:**
Cognition is intact.
**CN 2-12:**

2

The pupils are equal, round, and reactive to light. Extraocular movements are intact. Visual fields are full to finger confrontation. Trigeminal sensation is intact and the muscles of mastication are normal. The face is symmetric. Voice is normal. Shoulder shrug is normal. The tongue has normal motion without fasciculations.

## Cervical Exam:

**Inspection-deformity:**      Normal
**Palpation-spinal tenderness:** Normal
  Mid to lower cervical tenderness and tenderness in the left upper trapezius region
**Range of Motion:**
  Forward Flexion:       40 degrees
  Hyperextension:        30 degrees
  Right Lat. Flexion:    10 degrees
  Left Lat. Flexion:     10 degrees
  Right Lat. Rotation:   60 degrees
  Left Lat. Rotation:    70 degrees
**Spurling Maneuver:**
  positive to the left
**Hoffman's Sign:**
  Right: negative
  Left: negative

## Thoracic Exam:

**Inspection-deformity:**      Normal
**Palpation-spinal tenderness:** Abnormal
  left periscapular tenderness

## Lumbosacral Exam:

**Inspection-deformity:**      Normal
**Palpation-spinal tenderness:** Normal
**Range of Motion:**
  Forward Flexion:       50 degrees
  Hyperextension:        10 degrees
  Right Lateral Bend:    20 degrees
  Left Lateral Bend:     20 degrees
**Sitting Straight Leg Raise:**
  Right: negative
  Left: negative

## Motor Exam:

**Gait:**
  Gait is normal.
**Posture:**
  Posture is normal for body habitus.
**Spasm:**
  There is no paraspinal muscle spasm.
**Strength:**
  Strength in the upper and lower extremities is normal.

## Sensory Exam:

**Light Touch:**

3

Decrease sensation left upper arm

**Reflex Exam:**

**Deep Tendon Reflexes:**
  Right Biceps: 1+
  Left Biceps: 0
  Right Triceps: 1+
  Left Triceps: 1+
  Right Brachioradialis: 0
  Left Brachioradialis: 0
  Right Knee: 0
  Left Knee: 0
  Right Ankle: 1+
  Left Ankle: 1+
**Toes:**
  Toes are downgoing bilaterally.
**Clonus:**
  Clonus is absent.

## Diagnostic Testing Review

**All Tests Reviewed:**
Date: 06/03/2019

I personally reviewed the following:

MRI cervical spine dated 10/29/18:   Straightening of cervical alignment.  Degenerative changes
of C4-5 through C6-7 discs of a mild to moderate degree.  Moderate to large central to right
paracentral herniation at C4-5 with mild bilateral foraminal stenosis at C4-5.  Mild disc osteophyte
complex at C5-6 with significant bilateral foraminal stenosis at C5-6.  Mild circumferential disc
bulge at C6-7 without any foraminal stenosis.

## Impression & Recommendations:

**Problem # 1:**  Herniated cervical disc (ICD-722.0) (ICD10-M50.20)

**Problem # 2:**  Cervical Spondylosis (ICD-721.0) (ICD10-M47.812)
Mr. McSwine has neck pain and left arm paresthesias secondary to the described MVA.  This is
secondary to a herniated disc at C4-5 and a disc osteophyte complex at C5-6 resulting in
foraminal stenosis.  Given he has failed conservative treatment I discussed he would be a
surgical candidate for C4-6 anterior cervical discectomy and fusion (ACDF); however, this would
be dependent upon his complete smoking for at least one month prior to and six months following
surgery to reduce the chance of pseudoarthrosis.  Risks, benefits and alternatives to cervical
decompression and fusion and use of allograft were explained to the patient.   Patient understood
the contents of our discussion.  Risks of the surgery including death, myocardial infarction, deep
venous thrombosis, pulmonary embolus, pneumonia, infection deep or superficial, CSF leak, lack
of fusion requiring a repeat operation, instrumentation failure necessitating a repeat operation,
paralysis, nerve root injury, swallowing difficulties, hoarseness of voice due to nerve traction,
esophageal injury, carotid or vertebral artery injury leading to stroke, lack of symptom relief or
worsening of the symptoms, bowel or bladder incontinence and the need for post-operative
assistive devices despite the surgery were all explained.  Patient understood what was discussed
and would like to proceed with the surgery.

4

He states he will endeavor to quit smoking and will get a urine nicotine screen to confirm this. In addition he was prescribed Mobic.

Thank you.


Yours Respectfully,

Sean A. Salehi, M.D.                    Elizabeth A. Koch, PA-C